In the Matter of the Application of the CITY OF NEW YORK, Appellant, to Acquire Certain Real Estate at Valley Stream, etc., in the Town of Hempstead, for Purposes of Water Supply.

AMELIA E. HICKS et al., Respondents.

*Matter of City of New York (Valley Stream),* 142 App. Div. 898, affirmed. (Argued February 7, 1911; decided February 21, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 2, 1910, which affirmed an order of Special Term confirming the report of commissioners of appraisal in the above-entitled proceeding.

*Archibald R. Watson,* Corporation Counsel (*Joel J. Squier, James D. Bell* and *Charles D. Olendorf* of counsel), for appellant.

*John Lyon* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.